# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Roby, Karen W. | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>10/30/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Fulltime | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>500 Poydras Street B437<br>New Orleans, Louisiana 70131 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | ABA National Conference of Federal Trial Judges |
| 2. | Commissioner | Louisiana Commission on Civic Education |
| 3. | Commissioner | ABA Commission on Racial and Ethnic Diversity |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 10/30/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-Employed Attorney |
| 2. 2015 | Clerk of Court Orleans Parish |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/08/2015-01/09/2015 | Laguna Beach, CA | Leadership Meeting | Meals, Hotel & Transportation |
| 2. | American Bar Association | 02/06/2015-02/08/2015 | Houston Tx | National Conference of Federal Trial Judges Executive Board Meeting | Meals, Hotel & Transportation |
| 3. | American Bar Association | 06/23/2015-06/25/2015 | Washington DC | ABA Women's Day on the Hill | Meals, Hotel & Transportation |
| 4. | American Bar Association | 07/29/2015-08/02/2015 | Chicago, IL | Annual Meeting | Meals, Hotel & Transportation |
| 5. | American Bar Association | 10/08/2015-10/10/2015 | Memphis, TN | Leadership Meeting | Meals, Hotel & Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Roby, Karen W.** | 10/30/2016 |

| 6. | American Bar Association | 11/12/2015-11/13/2015 | Chicago, IL | The Women of the Litigation Section | Meals, Hotel & Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 10/30/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Liberty Bank & Trust | A | Int./Div. | J | T | | | | | |
| 2. Vanguard Inflation Protected Securites | B | Dividend | J | T | | | | | |
| 3. Louisiana Start 529 Plan-Principle Protextion Pln | A | Dividend | J | T | Buy (add'l) | 01/03/15 | J | B | |
| 4. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 5. Microsoft Corp | A | Dividend | J | T | | | | | |
| 6. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 7. Capitol One Money Market | B | Dividend | J | T | | | | | |
| 8. Loomis Global Salyes Bond Retail | A | Dividend | K | T | Sold | 03/03/15 | K | A | MONEY MARKET |
| 9. Fareholme Fund | A | Dividend | J | T | Sold | 12/22/15 | J | A | MONEY MARKET |
| 10. SPDR TRUST GOLD | A | Dividend | J | T | | | | | |
| 11. (SPIDER)SPDR Gold Trust Fund ETF | A | Dividend | K | T | | | | | |
| 12. Amazon | A | Dividend | J | T | | | | | |
| 13. AIG | A | Dividend | J | T | | | | | |
| 14. Fidelity Select Biotechnology | B | Dividend | J | T | Buy | 08/05/15 | | | |
| 15. Wells Fargo | A | Dividend | J | T | | | | | |
| 16. Berkshire Hathaway Inc. | | None | J | U | | | | | |
| 17. Sector SPDR TR SHS Ben Inc. Consumer | A | Dividend | J | T | Sold (part) | 06/15/15 | | | MONEY MARKET |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 10/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T | A | Dividend | J | T | Sold | 06/15/15 | J | A | MONEY MARKET |
| 19. The Walt Disney Co. | A | Dividend | J | T | | | | | |
| 20. Facebook | A | None | J | T | | | | | |
| 21. FedexCorp | A | Dividend | J | T | | | | | |
| 22. Twitter | A | Dividend | J | T | Sold | 06/09/15 | J | | MONEY MARKET |
| 23. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 24. Gamestop | B | Dividend | J | T | Buy | 06/15/15 | J | A | MONEY MARKET |
| 25. Ambarella Inc. | | | J | T | Sold | 11/17/15 | J | | MONEY MARKET |
| 26. Ambarella Inc. | | None | J | T | Buy | 11/05/15 | J | | |
| 27. Cyber-ark software | | | J | T | Buy | 11/05/15 | J | | MONEY MARKET |
| 28. Cyber-ark software | | | J | T | Sold | 11/15/15 | | | MONEY MARKET |
| 29. Fidelity Select Retail | B | Int./Div. | J | T | Buy | 04/07/15 | J | A | MONEY MARKET |
| 30. FITBIT Inc. | A | Dividend | J | T | Buy | 08/13/15 | | | |
| 31. Netfix | A | Int./Div. | J | T | Buy | 07/21/15 | J | A | |
| 32. Paypal | A | Dividend | J | T | Buy | 07/21/15 | J | A | |
| 33. Receptos | A | Dividend | J | T | Buy | 07/21/15 | J | A | |
| 34. Receptos | | | | | Redeemed | 08/26/15 | J | A | MONEY MARKET |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 10/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  AOL | A | Dividend | J | T | Buy | 05/12/15 | J | A | |
| 36. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 10/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen W. Roby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544